IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.  16-

DENISSE LIMA, individually and
other similarly situated individuals

    Plaintiff,

v.

HAPPY FIESTA, LLC, FILIPPO OCCHINO RAGUSA,
RITA PAGNANO, HUMBERTO DE ANDRADE CATANHO,
CIRO TROMBETTA, HAPPY FIESTA USA CORP. and
JOSE NELSON RODRIGUES,

    Defendants.
_____/

**DEFENDANTS HAPPY FIESTA USA CORP. and
JOSE NELSON RODRIGUES' NOTICE FOR REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, HAPPY FIESTA USA CORP. ("HFUC") And JOSE NELSON RODRIGUES ("RODRIGUES") pursuant to 28 U.S.C. Sections 1331, 1343, 1441(b) and 1446, files this Notice of Removal and in support thereof would respectfully show the Court the following:

I.

The above action was commenced on or about 5/17/16 in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.  In the initial complaint, Plaintiff seeks relief

1

for violation of 29 U.S.C. § 201, et. seq, the Fair Labor Standards Act. Defendant HFUC was served with process on 5/24/16 and RODRIGUES was served with process on 6/1/16. This petition for removal is timely made pursuant to 28 U.S.C. 1446(b).

II.

The United States District Court, Southern District of Florida, is the proper district court because the Southern District of Florida embraces Miami-Dade County, the location of the state court with concurrent jurisdiction.  Thus, the requirements of 28 U.S.C. 1441(a) have been met.

III.

Copies of all state court processes, pleadings and other papers served upon the Defendants in this action are attached hereto.

WHEREFORE, Defendants respectfully pray that the above action now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida be removed therefrom to this Court and that Defendants be granted such other relief to which they may be justly entitled.

Respectfully Submitted,

LANGBEIN & LANGBEIN, P.A.
Counsel for HFUC and RODRIGUES
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
(Tel) (305) 556-3663
(Fax) (305) 556-3647
Email: langbeinpa@bellsouth.net


By:   /s/   Leslie W. Langbein,
        Leslie W. Langbein, Esq.
        Fla. Bar No. 305391

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was filed electronically on 6/15/16 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ ECF on all counsel for the parties of record or unrepresented parties on the attached service list:

By: /s/ Leslie W. Langbein
Leslie W. Langbein, Esq.

## SERVICE LIST

Jason S. Remer, Esq.
Brody Shulman, Esq.
Peter Hoogerwoerd, Esq.
Waynice Green, Esq.
REMER & GEORGES-PIERRE, PLLC.
44 West Flagler Street
Suite 2200
Miami, Fl 33130
Tel: (305) 416-5000
Fax: (305) 416-5005
email: jremer@rgplaw.com
Counsel for the Plaintiff

Leslie W. Langbein
LANGBEIN & LANGBEIN, P.A.
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
email: langbeinpa@bellsouth.net
Counsel for Defendants