IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.  16- 22197-cv-

DENISSE LIMA, individually and
other similarly situated individuals

    Plaintiff,

v.

HAPPY FIESTA, LLC, FILIPPO OCCHINO RAGUSA,
RITA PAGNANO, HUMBERTO DE ANDRADE CATANHO,
CIRO TROMBETTA, HAPPY FIESTA USA CORP. and
JOSE NELSON RODRIGUES,

    Defendants.
_____/

## HAPPY FIESTA USA CORP's COMBINED MOTIONS TO QUASH SERVICE OF PROCESS and for DISMISSAL on behalf of HAPPY FIESTA USA, LLC and Incorporated Memorandum of Law

Defendant, HAPPY FIESTA USA CORP. through undersigned counsel, and pursuant to Rule 12(b)(5), Fed.R.C.P., moves to dismiss the Complaint against HAPPY FIESTA USA, LLC. for insufficiency of service of process and under Rule 12(b)(6) for failure to state a claim upon which relief can be granted and as grounds therefor state:

1. Plaintiff initiated this lawsuit in Miami-Dade Circuit Court seeking damages under the FLSA. She alleges that she was employed by Defendants, including HAPPY FIESTA USA LLC. from 9/5/15 through 4/22/16. See ¶ 15.

2. As shown the attached record from the Florida Department of State, Division of Corporations, HAPPY FIESTA USA, LLC filed for inactive status with the Florida Division of Corporations on 9.20/13 at which time it was converted to HAPPY FIESTA USA CORP. HAPPY FIESTA USA LLC, ceased to exist in 2013 and

therefore could not have employed Plaintiff from 9/5/16 through 4/22/16.  Therefore, Plaintiff cannot plausibly state a claim against it under the FLSA..

3. Moreover as shown by the attached Return of Service, HAPPY FIESTA USA LLC was served improperly through its former registered agent.  Service on a dissolved corporation pursuant to F.S. 48.101 is accomplished by serving one or more of the members of the dissolved company as trustees thereof.  Service on a former registered agent is invalid and any judgment rendered as a result of invalid service would be void.  See, Polk County Rand Investments v. Dept of Legal Affairs, 666 So. 2d. 279 (Fla. 2d DCA 1996) citing Stoeffler v. Castagliola, 629 S. 2d 196 (Fla. 2nd DCA 1993).

WHEREFORE,  HAPPY FIESTA USA CORP., on behalf of dissolved HAPPY FIESTA USA LLC moves to dismiss the Complaint with prejudice, and quash service of process, against HAPPY FIESTA USA LLC.

    Respectfully Submitted

    LANGBEIN & LANGBEIN, P.A.
    Counsel for HFUC on behalf of
    HAPPY FIESTA USA LLC
    8181 NW 154th Street, Suite 105
    Miami Lakes, FL 33016
    (Tel) (305) 556-3663
    (Fax) (305) 556-3647
    Email: langbeinpa@bellsouth.net

    By:    Leslie W. Langbein,
        Leslie W. Langbein, Esq.
        Fla. Bar No. 305391

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 6/15/16 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

                                   By:   Leslie W. Langbein,
                                         Leslie W. Langbein, Esq.

## SERVICE LIST

Jason S. Remer, Esq.
Anthony Georges-Pierre, Esq.
Brody Shulman, Esq.
Peter Hoogerwoerd, Esq.
Waynice Green, Esq.
REMER & GEORGES-PIERRE, PLLC.
44 West Flagler Street
Suite 2200
Miami, Fl 33130
Tel: (305) 416-5000
Fax: (305) 416-5005
email: jremer@rgplaw.com
Counsel for the Plaintiff

Leslie W. Langbein
LANGBEIN & LANGBEIN, P.A.
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
email: langbeinpa@bellsouth.net
Counsel for Defendants